Case 1:23-cv-00389-KWR-GJF    Document 1    Filed 05/05/23    Page 1 of 13

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 05 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NEAL PATRICK O'FLAHERTY, and
DYLAN KEITH O'FLAHERTY, individuals,

        Plaintiffs,

vs.

UNITED STATES MARSHALS SERVICE, a federal entity, NEW MEXICO STATE POLICE, a State Entity, TORRANCE COUNTY SHERIFF'S DEPARTMENT, a STATE ENTITY, SEVENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE, a State Entity, TORRANCE COUNTY, NEW MEXICO EX REL, a State Entity, STATE OF NEW MEXICO EX REL, a State Entity, JOSE MARTIN RIVERA, an individual, K.R. BALLARD, an individual, CLINT WELLBORN, an individual, ADAM GARCIA, an individual, PAUL VELEZ, an individual, and MANUEL WILLIAM SIGARROA, an individual, inclusive

        Defendants.

CASE NO:

**COMPLAINT AND JURY DEMAND**

Plaintiffs Neal O'Flaherty and Dylan O'Flaherty ("Plaintiffs"), hereby complain and allege as follows:

## **JURISDICTION**

1. This is an action for damages brought by Plaintiffs for unlawful discrimination and retaliation pursuant to the following:

    *42 U.S.C. § 1983*, for Deprivation of Civil Rights under Color of Law.

2. This Court has primary jurisdiction over claims set forth herein pursuant to *28 U.S.C. § 1343*(a) (4) (civil rights action).

## **EXHAUSTION OF ADMINISTRATIVE REMEDY**

3. Defendant Torrance County Sheriff's Office provided Plaintiffs' with a form to submit invoice on the date of May 4, 2021 to Torrance County, New Mexico for broken and damaged property including destruction of doors, windows, and personal property that the Sheriff's office was responsible for.

4. On July 26, 2021, Torrance County Claims Examiner Randy Chavez wrote Plaintiffs: "*My investigation has determined that the Torrance County Sheriff's Office was only assisting the U.S. Marshal's Office and is not responsible for any property damages.*"

5. Defendant Torrance County subsequently reiterated through the office of Torrance County County Attorney John Butrick that Torrance County believes the United States Marshals Service to be solely responsible for damages caused May 4, 2023 to Plaintiffs.

6. Defendant K.R. Ballard of the Torrance County Sheriff's Office was the agent in charge of conducting the warrantless, illegal, and unconstitutional home invasion on Plaintiffs' private property in Edgewood, New Mexico on May 4, 2021.

7. K.R. Ballard, was subsequently placed on administrative leave by the Torrance County Sheriff's Office for engaging in warrantless entry of private residence of Plaintiffs on May 4, 2021, without a warrant present at the time of search.

8. K.R. Ballard, in his capacity on May 4, 2021 as a member of the Torrance County Sheriff's Office, also served a simultaneous/dual capacity as a Deputy United States Marshal of the United States Marshals Service.

9. All named Defendants, including, but not limited to United States Marshals Services and Torrance County Ex Rel have been unresponsive to written Tort Notice of Claim filed within appropriate statute(s) of limitations.

10. The failures of Plaintiffs to comport with state laws and federal laws brings Plaintiffs' legal cause of action before this Court.

11. Prior to filing this action, Plaintiffs exhausted the administrative remedy on all claims pled hereunder.

## PARTIES

12. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

13. At all relevant times, Plaintiffs have been Dean's List university students of the University of New Mexico.

14. At all relevant times, Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County, New Mexico Ex Rel, and State of New Mexico Ex Rel, are government bodies/agencies, authorized to conduct business in the State of New Mexico, and beholden to uphold and adhere to public interest.

15. At all relevant times, Defendants Jose Martin Rivera, K.R. Ballard, and Clint Wellborn have been public law enforcement officials in Torrance County, New Mexico, subject to potential suits brought for violation of the New Mexico Civil Rights Act.

16. At all relevant times, Defendants Adam Garcia, Paul Velez, and Manuel William Sigarroa, were/are employees of the University of Nevada, Las Vegas' University Police Services.

## GENERAL ALLEGATIONS

17. Plaintiffs attended the University of Nevada, Las Vegas (UNLV) as straight-A students of UNLV's College of Education. Both Plaintiffs relocated to Las Vegas, Nevada in January 2019, and began attending in-person classes at the start of the Spring 2019 semester.

18. Prior to returning to college at UNLV, Plaintiffs were employed as career educators in the State of Iowa.

19. The accrediting agency for UNLV, the Northwest Commission on Colleges and Universities (NWCCU) has determined upon review that UNLV has engaged in a *"pattern of fraudulent communications"* regarding its business relationship with the UNLV-affiliated *"student housing"* at which Plaintiffs resided throughout Spring 2019.

20. The National Youth Rights Association Board and President have determined that individuals including Defendants Garcia, Velez, and Sigarroa have engaged in *"illegal, retaliatory measures to coerce, harass, and intimidate"* Plaintiffs for whistle-blowing on ongoing UNLV Clery Act violations.

21. Upon further, subsequent review, the NWCCU determined additional violations of Plaintiffs' legally guaranteed rights by Defendants Garcia, Velez, and Sigarroa (and UNLV), and ruled Plaintiffs are eligible for retroactive withdrawal from UNLV, on the basis of UNLV's documented pattern of failures related to Plaintiffs' emergency physical safety matters which UNLV staff and administrators repeatedly refused to address.

22. Plaintiffs were made victims of multiple crimes the Saturday following the conclusion of the Spring 2019 semester, resulting in Las Vegas Metropolitan Police Department (LVMPD) reports of May 28, 2019 and June 25, 2019.

23. Plaintiffs have subsequently been approved as members of the State of Nevada's Victims of Crime Program, on the validity of LVMPD police reports on file in the matter.

24. Plaintiffs entered into a signed, legally-binding "EMERGENCY" agreement with the NSHE's Board of Regents for emergency housing on June 10, 2019. This agreement was unlawfully breached by the misconduct of multiple UNLV offices and personnel, including UNLV University Police Services personnel/Defendants Adam Garcia, Paul Velez, and Manuel William "Bill" Sigarroa on dates spanning July 3, 2019 – present.

25. Plaintiffs transferred to the University of New Mexico (UNM) after repeated telephone and written assurances from employees of UNM of direct assistance in the matters that directly necessitated the undersigned's initial emergency transfers from UNLV to UNM.

26. At present, Plaintiffs are working proactively with multiple sub-agencies of the United States Department of Education, to ensure reinstatement to the University of New Mexico, as full-time, Dean's List students.

27. Plaintiffs have been denied due process at the University of New Mexico, for whistle-blowing on Title IX violations at both the University of Nevada, Las Vegas and the University of New Mexico.

28. While attending the University of New Mexico, in Albuquerque, New Mexico, Plaintiffs were made victim of a warrantless home invasion by two University of New Mexico police officers, Luis Santiago and Ryan Peeler on the date of April 6, 2020.

29. Despite no arrest warrant being provided, in violation of the Constitution of the United States, Plaintiff Dylan O'Flaherty was held under arrest in Albuquerque, New Mexico for twenty-six days.

30. The Office of the Bernalillo (New Mexico) District Attorney dismissed all charges related to the arrest on May 1, 2020, via *nolle prosequi*.

31. Plaintiffs relocated to Edgewood, New Mexico for physical safety following the April 6, 2020 warrantless home invasion by UNM officers Luis Santiago and Ryan Peeler, in furtherance of UNM's breach of contract against Plaintiffs.

32. Plaintiffs remained active students of the University of New Mexico, intent on finishing active coursework.

33. On May 4, 2021, Plaintiffs' private residence was breached with force without warrant present for a second time in the State of New Mexico (in violation of the Constitution of the United States) by a "task force" consisting of members of the United States Marshals Service, the New Mexico State

1  Police, and the Torrance County (New Mexico) Sheriff's Office, led by agent in charge K.R. Ballard of
2  the Torrance County Sheriff's Office.
3  34. Plaintiff Dylan O'Flaherty spent an additional 29 days under arrest, again, without being provided a
4  warrant for arrest, in violation of the Constitution of the United States.
5  35. Torrance County District Attorney/Defendant Clint Wellborn dismissed all charges related to this
6  arrest on June 1, 2021, via *nolle prosequi*, in a manner nearly identical to the previous dismissal.
7  36. Due diligence by Defendants Jose Martin Rivera, K.R. Ballard, or Clint Wellborn prior to engaging
8  in a warrantless home invasion on May 4, 2021, provided Defendants Rivera, Ballard, and Wellborn
9  with the direct knowledge that Plaintiff Dylan O'Flaherty had already been subject to an order of *nolle*
10 *prosequi* within the federal district overseen by this Court, the District of New Mexico, pursuant to
11 charges that Plaintiffs immediately successfully contested lawfully within the applicable court.
12 37. Upon discovery of Plaintiffs' previous case dismissal via *nolle prosequi*, Defendants Rivera,
13 Ballard, and Wellborn, along with Defendants Adam Garcia, Paul Velez, and Manuel William Sigarroa,
14 engaged in Civil Conspiracy and Concert of Action, in unlawfully removing from the World Wide Web
15 domain *nmcourts.gov* the details and court information pursuant to Plaintiff Dylan O'Flaherty's initial
16 arrest in New Mexico in April 2020.
17 38. Through the present day, the information related to the April 2020 Albuquerque, NM arrest of
18 Plaintiff Dylan O'Flaherty is not present on *nmcourts.gov*.
19 39. Employees of the State of New Mexico have confirmed that it is improper and unlawful for this
20 information to have been removed outright from the public domain, in furtherance of cover up of
21 ongoing Clery Act violations at UNLV.

40. Body Worn Camera (BWC) footage, pursuant to public records request in this case, has yielded heavily redacted and edited footage. Hours of footage is missing, in violation of New Mexico state law.

41. Defendants fabricated a necessity for the warrantless home invasion executed on May 4, 2021, by fraudulently claiming Plaintiff Dylan O'Flaherty to be a "*violent fugitive*", when in reality no crimes of violence have ever been criminally charged against Plaintiff Dylan O'Flaherty by any prosecuting agency in the United States of America (and/or any other prosecuting jurisdiction in the world), and given the fact that Defendants Garcia, Velez, and Sigarroa were aware Plaintiffs transferred from UNLV to UNM, having paid Registrar's transfer fees between the universities in Fall 2019.

42. At all moments, and at all times, all Defendants named herein acted outside the scope and letter of the law, and attempted to circumvent the spirit and letter of the law for criminal, politically retaliatory purposes.

43. Plaintiff Dylan O'Flaherty on dates both before, during, and after May 4, 2021, had retained legal counsel in the person of Clark County Deputy District Attorney Michael H. Wilfong.

44. At no point in time did Defendants engage in proper due process through interfacing with Plaintiffs' legal representation to facilitate in an amicable manner any outstanding legal issues.

45. Plaintiffs have suffered irreparable harm and damage from Defendants for engaging in violations of state and federal laws, under color of law, while assuming the duties and responsibilities of their various offices.

46. Plaintiffs seek Jury Demand against all Defendants named herein, in furtherance of redress of all unlawful and ongoing tortious grievances detailed herein.

## **LEGAL DUE PROCESS CLAIM**

47. Each named Plaintiff has possessed/possesses protected propert(ies) and liberty interest to which due process protections apply/applied.

48. Plaintiffs have been criminally and civilly violated in their federally guaranteed right(s) to due process afforded under state and federal law(s) by each named Defendant.

## FIRST CAUSE OF ACTION
### (Violation of 42 U.S Code § 1983)
### (Deprivation of civil rights)
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

49. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

50. Defendants' wanton, unlawful violations of Plaintiffs' legally guaranteed rights, without legally required due process provides Plaintiffs with legal cause of civil action before this court, for deprivation of civil rights.

## SECOND CAUSE OF ACTION
### (Civil Conspiracy)
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

51. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

52. Defendants engaged in Civil Conspiracy with each other to engage in unlawful violation of Plaintiffs' legally guaranteed rights, providing Plaintiffs with legal cause of civil action before this court, under Civil Conspiracy.

## THIRD CAUSE OF ACTION
### (Concert of Action)

**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

53. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

54. Defendants engaged in Concert of Action with each other to engage in unlawful violation of Plaintiffs' legally guaranteed rights, in acts including but not limited to Defendants' destruction of written court record on *nmcourts.gov*, providing Plaintiffs with legal cause of civil action before this court, under Civil Conspiracy.

## FOURTH CAUSE OF ACTION
### (Domestic Terrorism)
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

55. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

56. Defendants engaged in Domestic Terrorism, in violation of U.S. Code Title 22 Chapter 38, Section 2645f(d), which prohibits "*premeditated, politically motivated violence perpetrated against noncombatant targets*", in unlawfully invading the private residence of Plaintiffs' without a legal warrant or court order. Defendants' unlawful actions were solely in furtherance of the politically motivated desires of the Nevada System of Higher Education's Board of Regents, to engage in criminally retaliatory conduct against voices of lawful dissent to their unlawful activities, including Clery Act whistleblowers.

## FIFTH CAUSE OF ACTION
### (False Imprisonment)
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel,**

**State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

57. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

58. Defendants engaged in False Imprisonment, in holding Plaintiff Dylan O'Flaherty held under arrest, without the lawful production of a warrant for arrest, between the dates of May 4, 2021 and June 1, 2021.

### SIXTH CAUSE OF ACTION
**(Gross Negligence, Professional Negligence)**
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

59. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

60. Defendants engaged in Gross Negligence and Professional Negligence, in re-bringing charges against Plaintiff Dylan O'Flaherty already previously dismissed within the District of New Mexico at unnecessary and undue taxpayer expense.

### SEVENTH CAUSE OF ACTION
**(Malicious Prosecution)**
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

61. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

62. Defendants engaged in Malicious Prosecution, in fabricating charges against Plaintiff Dylan O'Flaherty of being a "*violent fugitive*".

### EIGHTH CAUSE OF ACTION

**(Premises Liability)**
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Seventh Judicial District Attorney's Office, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Clint Wellborn, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

63. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

64. Defendants are hereby liable for all criminal misconduct engaged in on May 4, 2021, without warrant present, on private property and premises owned lawfully by Plaintiffs.

## NINTH CAUSE OF ACTION
**(RICO (*Racketeer Influenced and Corrupt Organizations Act*))**
**(Defendants United States Marshals Service, New Mexico State Police, Torrance County Sheriff's Department, Torrance County New Mexico Ex Rel, State of New Mexico Ex Rel, Jose Martin Rivera, K.R. Ballard, Adam Garcia, Paul Velez, and Manuel William Sigarroa)**

65. Plaintiffs incorporate all the allegations in the preceding paragraphs as though fully set forth herein.

66. Defendants engaged in multiple predicate violations of Racketeer Influenced and Corrupt Organizations Act (RICO), in effecting the warrantless home invasion of Plaintiffs on May 4, 2021, on private property and premises owned lawfully by Plaintiffs, in furtherance of facilitating UNLV's "*unlawful, criminally retaliatory measures to coerce, harass, and intimidate*" Plaintiffs for whistle-blowing on ongoing UNLV Clery Act violations (National Youth Rights Association).

**WHEREFORE**, Plaintiffs pray this court for:

    a.    A jury trial on all appropriate claims.

and to enter judgment in favor of the Plaintiff by:

b.  Awarding Plaintiffs an amount sufficient to fully compensate them (including tax consequences) for all economic losses of any kind, and otherwise make them whole in accordance with the law.

c.  An equal amount as liquidated damages.

d.  An award of compensatory and punitive damages to be determined at trial.

e.  An award of attorney's fees and costs.

f.  Any other relief the court deems just and proper.

Dated: May 1, 2023

Respectfully submitted,

By: _____
NEAL O'FLAHERTY, Coach
Box 2343
Champaign, IL 61825
*Plaintiff*

By: _____
DYLAN O'FLAHERTY, Coach
c/o NEAL O'FLAHERTY
Box 2343
Champaign, IL 61825
*Plaintiff*

NEAL O'FLAHERTY
BOX 2343
CHAMPAIGN IL 61825

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 05 2023

MITCHELL R. ELFERS
CLERK

CLERK OF COURT
DISTRICT OF NEW MEIXCO
PETE V. DOMENICI US COURTHOUSE
333 LOMAS BLVD NW
ALBUQUERQUE NM 87102

RDC 04

87102

U.S. POSTAGE PAID
PM
SAVOY, IL
61874
MAY 01 '23
AMOUNT
$10.95
R2305K139223-6

EXPECTED DELIVERY DAY: 05/04/23

USPS TRACKING® #

9505 5123 6927 3121 0521 61